# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff

VS.

Case Number: 07-14327
Honorable: Denise Page Hood
Claim Number: 1999A22442

LOREN KEYES,
   Defendant

_____/

## ORDER FOR VOLUNTARY DISMISSAL

  Upon the Petition of the Plaintiff herein, and for the reasons stated in the said petition;

  IT IS HEREBY ORDERED that the above matter be dismissed with prejudice and

without cost to any party.


DATED: June 24, 2008          s/ DENISE PAGE HOOD
                   U.S. District Court Judge